IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARJORIE MURTAGH COOKE** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**MARK ROSENKER, CHAIRMAN, NATIONAL** )<br>**TRANSPORTATION SAFETY BOARD** )<br>)<br>Defendant. )<br>) | Case No.: 1:06-CV-01928 (JDB) |

## AFFIDAVIT OF SERVICE

The undersigned hereby certifies that service of process was executed upon the United States Attorney's Office, the United States Attorney General, and Mark Rosenker, Chairman of the National Transportation Safety Board, by sending a copy of the Complaint to the following addresses via certified mail, return service requested:

United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530

United States Attorney General
10th & Pennsylvania Avenue, N.W.
Washington, D.C. 20530

Mark Rosenker
490 L'Enfant Plaza, SW
Washington, D.C. 20594

The Complaint was received by each of the above-named entities by December 6, 2006.

I DO SOLEMNLY DECLARE AND AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE CONTENTS OF THE FOREGOING DOCUMENT ARE TRUE AND CORRECT.

/s/ Eli J. Forsythe
Eli J. Forsythe