UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Marjorie Murtagh Cooke ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Mark Rosenker, Chairman, National ) <br> Transportation Safety Board ) <br> ) <br> Defendant, ) <br> _____ ) | Civil Action No. 06-1928 (PLF) <br> Electronic Case Filing |

### ENTRY OF APPEARANCE

**THE CLERK OF THIS COURT** will please enter the appearance of Special Assistant United States Attorney **Quan K. Luong** as counsel for the defendant in the above-captioned case.

Respectfully submitted,

_____
QUAN K. LUONG
Special Assistant United States Attorney
United States Attorney's Office
Judiciary Center Building
555 4th Street, N.W. - Room E4417
Washington, D.C. 20530
(202) 514-9150
quan.luong@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of **January**, 2007, a true and correct copy of the foregoing **Entry of Appearance** was served by first class United States mail, postage prepaid marked for delivery to:

R. Scott Oswald
The Employment Law Group, PC
888 17th Street, NW
Suite 900
Washington, DC 20006

_____
QUAN K. LUONG
Special Assistant United States Attorney
United States Attorney's Office
Judiciary Center Building
555 4th Street, N.W. - Room E4417
Washington, D.C. 20530