**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MARJORIE MURTAGH COOKE** ) | |
|     v. ) | **Case Action No. 06-1928** |
| ) | **Judge John D. Bates** |
| **MARK ROSENKER, CHAIRMAN,** ) | |
| **NATIONAL TRANSPORTATION SAFETY** ) | |
| **BOARD, et al.** ) | |
| ) | |
|     **Defendant.** ) | |
| ) | |

### NOTICE OF APPEARANCE OF COUNSEL

COMES NOW attorney Brian M. Lowinger of the Employment Law Group, PC, and requests that the Court enter his appearance on behalf of Plaintiff Marjorie Murtagh Cooke in the above captioned matter. The undersigned requests that his name and email (blowinger@employmentlawgroup.net) be added to the Court's electronic filing database for this case.

Respectfully submitted,

  /s/Brian M. Lowinger
Brian M. Lowinger, DC Bar # 472886
The Employment Law Group, P.C.
888 17th Street, NW, Suite 900
Washington, D.C. 20006
(202) 261-2817
(202) 261-2835 (facsimile)
blowinger@employmentlawgroup.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of March 2007, the foregoing Notice of Appearance of Counsel was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. The attorney listed below has entered his appearance on behalf of the Defendant.

Quan K. Luong, Esq.
Special Assistant United States Attorney
555 4th Street, N.W., Room E-4417
Washington, D.C. 20530
(202) 514-9150 (phone)
(202) 514-8780 (facsimile)
Quan.Luong@usdoj.gov
*Counsel for Defendant*

_____/s/ Brian M. Lowinger_____
Brian M. Lowinger