UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARJORIE MURTAGH COOKE,

    Plaintiff,

        v.

MARK ROSENKER, Chairman,
Nat'l Transp. Safety Bd.,

    Defendant.

Civil Action No. 06-1928 (JDB)

## INITIAL SCHEDULING ORDER

Pursuant to the initial scheduling conference held on this date, and the Joint Rule 16.3 Report, it is, this 21st day of March, 2007, hereby **ORDERED** as follows:

1. The parties shall complete the initial disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure by not later than April 5, 2007.

2. The parties shall have until May 21, 2007, to amend the pleadings and join additional parties without further leave of the Court.

3. Plaintiff shall designate experts, if any, and provide expert reports pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure by not later than June 4, 2007. Defendant shall designate experts, if any, and provide expert reports pursuant to Rule 26(a)(2) by not later than July 5, 2007.

4. The parties shall complete all discovery by not later than September 4, 2007. The parties may take up to ten depositions, excluding the depositions of Rule 26(a)(2)

  expert witnesses.  In all other respects, the parties shall be bound by the limits on discovery set forth in the Federal Rules of Civil Procedure.

4. Dispositive motions shall be filed by not later than November 5, 2007. Oppositions thereto shall be filed by not later than December 5, 2007.  Replies, if any, shall be filed by not later than December 20, 2007.

5. The parties shall appear for a status conference on September 5, 2007, at 9:00 a.m. in Courtroom Eight.

               /s/ John D. Bates
               JOHN D. BATES
              United States District Judge