IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARJORIE MURTAGH COOKE | ) ) ) |
| Plaintiff | ) ) |
| v. | ) Case No. 1:06CV01928 ) Judge John D. Bates |
| MARK ROSENKER, CHAIRMAN, NATIONAL TRANSPORTATION SAFETY BOARD, et al. | ) ) ) ) |
| Defendant. | ) ) ) |

**<u>ORDER</u>**

Upon consideration of the parties consent motion to amend the scheduling order, it is hereby ordered that,

The motion is granted.

The scheduling order shall be amended as follows

| | **Previous Due Date** | **Proposed Due Date** |
|---|---|---|
| Discovery completed by | 09/04/2007 | 12/03/2007 |
| Dispositive Motions | 11/05/2007 | 02/04/2008 |
| Opposition to Dispositive Motions | 12/05/2007 | 03/04/2008 |
| Replies to Opp. to Dispositive Motions | 12/20/2007 | 03/19/2008 |
| Meeting of all Counsel | 09/05/2007 | 12/04/2007 |

_____
John D. Bates, Judge
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARJORIE MURTAGH COOKE | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Case No. 1:06CV01928 |
| | ) Judge John D. Bates |
| MARK ROSENKER, CHAIRMAN, | ) |
| NATIONAL TRANSPORTATION SAFETY | ) |
| BOARD, et al. | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon consideration of the parties consent motion to amend the scheduling order, it is hereby ordered that,

The motion is granted.

The scheduling order shall be amended as follows

| | Previous Due Date | Proposed Due Date |
|---|---|---|
| Discovery completed by | 09/04/2007 | 12/03/2007 |
| Dispositive Motions | 11/05/2007 | 02/04/2008 |
| Opposition to Dispositive Motions | 12/05/2007 | 03/04/2008 |
| Replies to Opp. to Dispositive Motions | 12/20/2007 | 03/19/2008 |
| Meeting of all Counsel | 09/05/2007 | 12/04/2007 |

_____
John D. Bates, Judge
United States District Judge