IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARJORIE MURTAGH COOKE<br><br>    Plaintiff<br>  v.<br><br>MARK ROSENKER, CHAIRMAN,<br>NATIONAL TRANSPORTATION SAFETY<br>BOARD, et al.<br><br>    Defendant. | ) <br> ) <br> ) <br> ) <br> ) Case No. 1:06CV01928 <br> ) Judge John D. Bates <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**CONSENT MOTION TO AMEND THE SCHEDULING ORDER**

    COMES NOW, the parties, Plaintiff, Marjorie Murtagh Cooke, by and through counsel, and with the consent of Defendant Mark Rosenker, by and through counsel, does move this Honorable Court to amend the Scheduling Order, and in support of this Motion does hereby aver and state as follows:

1. On November 13, 2006, Plaintiff filed a complaint against Defendant.

2. On February 2, 2006, Plaintiff amended the complaint.

3. On March 21, 2007, this Honorable Court issued its initial scheduling order.

4. Over the last few months, the parties have complied with the time frames in the Scheduling Order.

5. The parties have diligently engaged in discovery.

6. Due to issues related to the scheduling of deponents and availability of counsel, the parties have had difficulties setting dates for depositions and completing discovery and anticipate further delays.

7. Pursuant to Federal Rule of Civil Procedure 16(b), the parties discussed and consented to an extension of the deadline to complete discovery by approximately ninety (90) days and all other remaining deadlines by approximately ninety (90) days.

8. The parties therefore request an extension of the dates as follows:

|  | **Previous Due Date** | **Proposed Due Date** |
|---|---|---|
| Discovery completed by | 09/04/2007 | 12/03/2007 |
| Dispositive Motions | 11/05/2007 | 02/04/2008 |
| Opposition to Dispositive Motions | 12/05/2007 | 03/04/2008 |
| Replies to Opp. to Dispositive Motions | 12/20/2007 | 03/19/2008 |
| Meeting of all Counsel | 09/05/2007 | 12/04/2007 |

A proposed order reflecting the foregoing is attached hereto.

Dated: August 17, 2007.

                                                    Marjorie Murtagh Cooke
                                                    By Counsel

   /s/   Brian M. Lowinger
R. Scott Oswald, D.C. Bar No. 458859
Brian M. Lowinger, D.C. Bar No. 472886
Employment Law Group, P.C.
888 17th Street, N.W.
Suite 900
Washington, D.C. 20006-3307
(202) 261-2812
(202) 261-2835 (facsimile)
soswald@employmentlawgroup.net
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing Consent Motion to Amend the Scheduling Order was served via the Court's electronic filing service this 17th day of August, 2007, upon:

Quan K. Luong, Esq.
Special Assistant U.S. Attorney
U.S. Attorney's Office
Judiciary Center Building
555 4th Street, NW, Room E4417
Washington, DC 20530
quan.luong@usdoj.gov

Attorney for Defendant


    /s/Brian M. Lowinger
Brian M. Lowinger

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARJORIE MURTAGH COOKE )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>MARK ROSENKER, CHAIRMAN, )<br>NATIONAL TRANSPORTATION SAFETY )<br>BOARD, et al. )<br>)<br>Defendant. )<br>) | Case No. 1:06CV01928<br>Judge John D. Bates |

**ORDER**

Upon consideration of the parties consent motion to amend the scheduling order, it is hereby ordered that,

The motion is granted.

The scheduling order shall be amended as follows

| | **Previous Due Date** | **Proposed Due Date** |
|---|---|---|
| Discovery completed by | 09/04/2007 | 12/03/2007 |
| Dispositive Motions | 11/05/2007 | 02/04/2008 |
| Opposition to Dispositive Motions | 12/05/2007 | 03/04/2008 |
| Replies to Opp. to Dispositive Motions | 12/20/2007 | 03/19/2008 |
| Meeting of all Counsel | 09/05/2007 | 12/04/2007 |

_____
John D. Bates, Judge
United States District Judge