IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARJORIE MURTAGH COOKE** )<br>  v. ) **Case No. 1:06CV01928**<br> ) **Judge John D. Bates**<br>**MARK ROSENKER, CHAIRMAN,** )<br>**NATIONAL TRANSPORTATION SAFETY** )<br>**BOARD, et al.** )<br> )<br>  **Defendant.** )<br> )<br> ) | |

## MOTION TO APPEAR PRO HAC VICE

Plaintiff Marjorie Murtagh Cooke moves for the admission *Pro Hac Vice* of David Scher, pursuant to Local Rule LCvR 83.2 of the United States District Court for the District of Columbia. In support of this Motion, Plaintiff attaches the declaration of David Scher and a Certificate of Good standing from the Supreme Court of Virginia.

                                                                       Respectfully Submitted,
                                                                       By Counsel

       /s/Scott Oswald
R. Scott Oswald, DC Bar No. 458859
The Employment Law Group, PC
888 17th Street, NW, Suite 900
Washington, D.C. 20006
(202) 261-2806
(202) 261-2835 (facsimile)
soswald@employmentlawgroup.net
blowinger@employmentlawgroup.net
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that the foregoing Motion to Appear Pro Hac Vice was served this 26 day of October, 2007, via first class mail upon:

Quan K. Luong, Esq.
Special Assistant U.S. Attorney
U.S. Attorney's Office
Judiciary Center Building
555 4th Street, NW, Room E4417
Washington, DC 20530
quan.luong@usdoj.gov

                        ___/s/Scott Oswald_____
                        Scott Oswald

### Declaration of David Lawrence Scher

My name is David Lawerence Scher. I am over eighteen (18) years of age and I make this declaration in support of Plaintiff's motion to appear *Pro Hac Vice*:

1. I a member in good standing of the Bars of the District of Columbia and the Commwealth of Virginia.

2. I have not been disciplined by any bar.

3. I am employed by The Employment Law Group, P.C. 888 17th Street, NW, Suite 900, Washington, D.C., phone 202-331-2883.

4. I will be associated in this case with R. Scott Oswald (D.C. Bar No. 458859), also of the Employment Law Group, P.C.

5. I have not previously sought to be admitted *Pro Hac Vice* to this Court.

I solemnly declare and affirm, under penalty of perjury, that the contents of the foregoing paper are true and correct to the best of my knowledge, information and belief.

_10/26/07_
Date

_[signature]_
David Scher

# Supreme Court of Virginia

**AT RICHMOND**

# Certificate

I, Patricia L. Harrington, Clerk of the Supreme Court of Virginia, do hereby certify that

DAVID LAWRENCE SCHER

was admitted to practice as an attorney and counsellor at the bar of this Court on February 26, 2002.

I further certify that so far as the records of this office are concerned, DAVID LAWRENCE SCHER is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 24th day of October
A.D. 2007

By: _____
Deputy Clerk