IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARJORIE MURTAGH COOKE** | ) |
| v. | ) Case No. 1:06CV01928 |
| | ) Judge John D. Bates |
| **MARK ROSENKER, CHAIRMAN,** | ) |
| **NATIONAL TRANSPORTATION SAFETY** | ) |
| **BOARD, et al.** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## MOTION FOR WITHDRAWAL OF APPERANCE

COMES NOW, Plaintiff, Marjorie Murtagh Cooke ("Cooke"), by and through counsel, pursuant to LCvR 83.6(c), respectfully request this Court to grant Plaintiff leave to withdraw Brian M. Lowinger as counsel for the Plaintiff. R. Scott Oswald, of the law firm The Employment Law Group, P.C., will continue to represent Plaintiff and thus no prejudice will result from Brian M. Lowinger's withdrawal as counsel for Plaintiff.

1

                                                Marjorie Murtagh Cooke
                                                By Counsel

   /s/Scott Oswald_____

R. Scott Oswald
Employment Law Group, P.C.
888 17th Street, N.W.
Suite 900
Washington, D.C. 20006-3307
(202) 261-2812
(202) 261-2835 (facsimile)
soswald@employmentlawgroup.net
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing Motion for Withdrawal of Appearance was served via the Court's electronic filing service this 29th day of October, 2007, upon:

Quan K. Luong, Esq.
Special Assistant U.S. Attorney
U.S. Attorney's Office
Judiciary Center Building
555 4th Street, NW, Room E4417
Washington, DC 20530
quan.luong@usdoj.gov


    /s/Scott Oswald____
R. Scott Oswald