# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARJORIE MURTAGH COOKE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MARK ROSENKER, Chairman, | ) | No. 1:06-cv-01928-JDB |
| National Transportation Safety Board, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Special Assistant United States

Attorney Brandon L. Lowy as counsel of record for Defendant National Transportation Safety

Board and withdraw the appearance of Assistant United States Attorney Andrea McBarnette.

Dated: January 31, 2008                    Respectfully submitted,


_____/s/_____
Andrea McBarnette,
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7513
Andrea.McBarnette@usdoj.gov


_____/s/_____
Brandon L. Lowy,
Special Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0364
Brandon.Lowy@usdoj.gov