UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARJORIE MURTAGH COOKE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MARK ROSENKER, Chairman, | )   No. 1:06-cv-01928-JDB |
| National Transportation Safety Board, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| _____ | ) |

**DEFENDANT UNITED STATES OF AMERICA'S MOTION
FOR AN EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendant United States of America respectfully moves this Court to enlarge the time from February 4, 2008, to March 20, 2008, for Defendant to file a dispositive motion. Pursuant to Rule 7(m) of the Rules of the United States District Court for the District of Columbia, the undersigned counsel conferred with counsel for Cooke on the extension motion, and counsel for Cooke consented to the relief requested.

There is good cause for the Court to grant this Motion. The undersigned counsel is new to the Civil Division and has been recently assigned the above-captioned matter from AUSA Andrea McBarnette, who has left the Civil Division. The undersigned counsels needs an additional forty-five days to file an appropriate dispositive motion. The extension is needed so that the undersigned counsel can have an opportunity to learn the background of the case and become familiar with the underlying legal issues. Furthermore, an extension is needed for the undersigned counsel to prepare a response for client and supervisory review prior to filing it with the Court.

For these reasons, the Court should extend the deadline until March 20, 2008, for Defendant to file a dispositive motion.

Dated: January 31, 2008.                    Respectfully Submitted,


                                            　/s/　Jeffrey A. Taylor                    
                                            JEFFREY A. TAYLOR, D.C. BAR # 498610
                                            United States Attorney


                                            　/s/　Rudolph Contreras                    
                                            RUDOLPH CONTRERAS, D.C. BAR #434122
                                            Assistant United States Attorney

                                            　/s/　Brandon L. Lowy                     
                                            BRANDON L. LOWY
                                            Special Assistant United States Attorney
                                            555 Fourth Street, N.W.
                                            Washington, D.C. 20530
                                            (202) 307-0364


                                            Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARJORIE MURTAGH COOKE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MARK ROSENKER, Chairman, | )   No. 1:06-cv-01928-JDB |
| National Transportation Safety Board, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

Upon consideration of Defendant's Motion for an Extension of Time and the entire record herein, it is this _____ day of _____, 2008,

ORDERED that Defendant's Consent Motion for an Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendant shall have up to, and including, March 20, 2008, to respond to file a dispositive motion.

SO ORDERED.

_____
U.S. District Judge