**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| MARJORIE MURTAGH COOKE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MARK ROSENKER, Chairman, | ) | No. 1:06-cv-01928-JDB |
| National Transportation Safety Board, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

**DEFENDANT'S MOTION FOR AN EXTENSION OF TIME**
**TO FILE A DISPOSITIVE MOTION**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant Mark

Rosenker, Chairman of the National Transportation Safety Board, moves this Court to enlarge

the time from March 20, 2008, to April 7, 2008, for Defendant to file a dispositive motion.

Pursuant to Rule 7(m) of the Rules of the United States District Court for the District of

Columbia, the undersigned counsel attempted to confer with counsel for Cooke on the extension

motion via e-mail on Friday, March 14, 2008, but counsel for Cooke has yet to respond with his

position regarding the relief requested.

There is good cause for the Court to grant this Motion.   Due to a variety of unforeseen

events, both the primary and backup agency counsel have been out of the office for much of the

past three weeks because of illness and family obligations, respectively.   The undersigned

counsel is still transitioning into this case, and has not been able to complete the dispositive

motion without agency counsel available.   The undersigned counsel needs an additional

eighteen days to file an appropriate dispositive motion.   The extension is needed so that the

undersigned counsel can work with agency counsel further and prepare a response for client and

supervisory review prior to filing it with the Court.   This is Defendant's second Motion for an

Extension of Time to File a Dispositive Motion.

     For these reasons, the Defendant requests that the Court extend the deadline until April 7,

2008, for Defendant to file a dispositive motion.


Dated: March 18, 2008.                              Respectfully Submitted,


                                                           /s/
                                          JEFFREY A. TAYLOR, D.C. BAR # 498610
                                          United States Attorney


                                                         /s/
                                          RUDOLPH CONTRERAS, D.C. BAR #434122
                                          Assistant United States Attorney

                                                         /s/
                                          BRANDON L. LOWY
                                          Special Assistant United States Attorney
                                          555 Fourth Street, N.W.
                                          Washington, D.C. 20530
                                          (202) 307-0364


                                          Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| MARJORIE MURTAGH COOKE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MARK ROSENKER, Chairman, | ) | No. 1:06-cv-01928-JDB |
| National Transportation Safety Board, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

**ORDER**

Upon consideration of Defendant's Motion for an Extension of Time and the entire

record herein, it is this _____ day of _____, 2008,

ORDERED that Defendant's Consent Motion for an Extension of Time be and is hereby

GRANTED; and it is

FURTHER ORDERED that Defendant shall have up to, and including, April 7, 2008, to

respond to file a dispositive motion.

SO ORDERED.

_____
U.S. District Judge