## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARJORIE MURTAGH COOKE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MARK ROSENKER, Chairman, | ) | No. 1:06-cv-01928-JDB |
| National Transportation Safety Board, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

## DEFENDANT'S MOTION FOR AN EXTENSION OF TIME
## TO FILE A DISPOSITIVE MOTION

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant Mark Rosenker, Chairman of the National Transportation Safety Board, moves this Court to enlarge the time from April 7, 2008, to May 7, 2008, for Defendant to file a dispositive motion. Pursuant to Rule 7(m) of the Rules of the United States District Court for the District of Columbia, the undersigned counsel conferred with counsel for Cooke on the extension motion via e-mail on Wednesday, March 26, 2008.   Plaintiff's counsel consented to this extension preliminarily, on the condition that Defendant request no further extensions on the deadline for this motion. However, as undersigned counsel does not know what exigent circumstances may arise in the future that would force Defendant to request an additional extension of time, Defendant could not provide Plaintiff's counsel with such an assurance. As a result, Plaintiff opposes this Motion.

There is good cause for the Court to grant this Motion.   On March 18, 2008, the Court last granted Defendant a time extension until April 7, 2008, for a variety of circumstances, including the unavailability of agency counsel as well as the need for additional time for

undersigned counsel to become increasingly familiar with this complex case.   See Dkt. Entry

no. 20.    The undersigned counsel has been in contact with agency counsel, and can foresee that

the deadline Defendant proposed most recently remains too soon for Defendant to file a

complete and proper motion.   Undersigned counsel is filing this motion at this time to save any

suspense for all parties, as well as to provide the Court with as much time as possible to consider

this Motion.   The undersigned counsel needs an additional thirty days to file an appropriate

dispositive motion. The extension is needed so that the undersigned counsel can work with

agency counsel further and prepare a response for client and supervisory review prior to filing it

with the Court.   This is Defendant's third Motion for an Extension of Time to File a Dispositive

Motion.

        For these reasons, the Defendant requests that the Court extend the deadline until May 7,

2008, for Defendant to file a dispositive motion.


Dated: March 27, 2008.                      Respectfully Submitted,


                                            ____/s/_____
                                            JEFFREY A. TAYLOR, D.C. BAR # 498610
                                            United States Attorney


                                            ____/s/_____
                                            RUDOLPH CONTRERAS, D.C. BAR #434122
                                            Assistant United States Attorney

                                            ____/s/_____
                                            BRANDON L. LOWY
                                            Special Assistant United States Attorney
                                            555 Fourth Street, N.W.
                                            Washington, D.C. 20530
                                            (202) 307-0364

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

MARJORIE MURTAGH COOKE,     )
                                   )
             Plaintiff,       )
                                   )
             v.             )
                                   )
MARK ROSENKER, Chairman,    )    No. 1:06-cv-01928-JDB
National Transportation Safety Board,  )
                                   )
           Defendant.     )
                                   )
_____)

**ORDER**

Upon consideration of Defendant's Motion for an Extension of Time and the entire

record herein, it is this _____ day of _____, 2008,

ORDERED that Defendant's Consent Motion for an Extension of Time be and is hereby

GRANTED; and it is

FURTHER ORDERED that Defendant shall have up to, and including, May 7, 2008, to

file a dispositive motion.

SO ORDERED.

_____
U.S. District Judge