IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARJORIE MURTAGH COOKE** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 1:06-cv-01928 |
| ) | Judge John D. Bates |
| **MARK ROSENKER, CHAIRMAN,** ) | |
| **NATIONAL TRANSPORTATION SAFETY** ) | |
| **BOARD, et al.** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

### PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION

Plaintiff Marjorie Murtagh Cooke, by and through counsel, hereby responds to Defendant's Motion for an Extension of Time to File a Dispositive Motion. In its Motion for an Extension of Time to File a Dispositive Motion ("Motion"), Defendant properly describes the content of communications between the parties with regard to this third request to extend the deadline to submit dispositive motions. Plaintiff now clarifies that she does not oppose the present Motion, extending the deadline from April 7, 2008, to May 7, 2008. However, Plaintiff requests that this Court, in granting Defendant's Motion, also order that this Court will not grant any additional requests by Defendant to further extend the deadline for dispositive motions.

Prior to the appearance of Defendant's counsel Brandon L. Lowry, the deadline for dispositive motions was February 4, 2008. After two motions for an extension of time, filed on January 31, 2008, and March 18, 2008, both granted by the court, the deadline is now April 7, 2008, sixty-three (63) days after the initial deadline. Granting Defendant's third Motion, now before this court, would extend the initial deadline by ninety-three (93) days to May 7, 2008.

Counsel for Plaintiff is fully aware of the time required to come up to speed on a new case, the issues that arise when supporting counsel is unavailable, and the unique particularities when representing a federal agency. Nevertheless, as the present case slows due to Defendant's multiple requests for an extension of the deadline for dispositive motions, Plaintiff suffers from additional suspense and delay in the resolution of her case and the corresponding attorney's fees.

Plaintiff asserts that ninety-three (93) days is more than enough time, including consideration for the reasonable delays set forth in Defendant's motions, for Defendant's counsel to file a complete and proper motion. An extension past that point would create an undue delay that prejudices both Plaintiff and the fair and just progress of the present action.

For these reasons, Plaintiff requests that this Court, in its consideration of Defendant's unopposed Motion, order that this Court will not grant any additional extensions of time requested by Defendant following the present Motion.

                                                    Marjorie Murtagh Cooke
                                                    *By Counsel*

     /s/Scott Oswald
R. Scott Oswald
The Employment Law Group, PC
888 17th Street, NW, Suite 900
Washington, D.C. 20006
(202) 261-2806
(202) 261-2835 (facsimile)
soswald@employmentlawgroup.net
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Plaintiff's Response to Defendant's Motion for an Extension of Time to File a Dispositive Motion was served via this Court's electronic case filing system and first class mail this 31st day of March, 2008 upon:

Brandon L. Lowry
Special Assistant U.S. Attorney
555 Fourth Street, NW
Washington, DC 20530
(202) 307-0364
Brandon.Lowry@usdoj.gov


                                                                           \_\_\_/s/Scott Oswald_____
                                                                            Scott Oswald