UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARJORIE MURTAGH COOKE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MARK ROSENKER, Chairman, ) <br> National Transportation Safety Board, ) <br> ) <br> Defendant. ) <br> ) <br> ) | **FILED** <br> JUN 0 2 2008 <br> NANCY MAYER WHITTINGTON, CLERK <br> U.S. DISTRICT COURT <br><br> No. 1:06-cv-01928-JDB |

### ORDER

Upon consideration of Plaintiff's Motion to Strike Docket Entry 25 and Defendant's Opposition thereto and Defendant's Motion for an Extension of Time to file exhibits, and the entire record herein, it is this 35th day of May, 2008,

ORDERED that Plaintiff's Motion to Strike Exhibits 1-32 to Defendant's Corrected Motion for Summary Judgment is DENIED; and it is

ORDERED that Defendant's Motion for an Extension of Time for Leave to File Notice of Filing Exhibits in Support of Defendant's Corrected Motion for Summary Judgment and Motion to Strike be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendant's Exhibits in Support of Defendant's Corrected Motion for Summary Judgment and Motion to Strike are hereby FILED.

SO ORDERED.

*[signature]*
U.S. District Judge