UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARJORIE MURTAGH COOKE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MARK ROSENKER, Chairman, | )   No. 1:06-cv-01928-JDB |
| National Transportation Safety Board, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| _____ | ) |

**DEFENDANT'S MOTION FOR AN EXTENSION OF TIME
TO FILE A REPLY IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY
JUDGMENT AND MOTION TO STRIKE**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant Mark Rosenker, Chairman of the National Transportation Safety Board, moves this Court to enlarge the time from June 23, 2008, to June 25, 2008, for Defendant to file a Reply in Support of Defendant's Motion for Summary Judgment and Motion to Strike.  Pursuant to Rule 7(m) of the Rules of the United States District Court for the District of Columbia, the undersigned counsel conferred with counsel for Cooke on the extension motion via telephone on Monday, June 23, 2008.  Plaintiff's counsel has consented to this extension motion.

There is good cause for the Court to grant this Motion.  Counsel underestimated the amount of time it would take him to respond to motions in other cases that were filed and pending within the past few weeks.  These, unfortunately, have prevented counsel from being able to complete a proper response for filing with the Court in the time allotted.  For example, in addition to this case, undersigned counsel worked on Defendant's reply in <u>Isasi v. Jones, et al.</u>, 06-2222; Defendant's opposition in <u>Chang v. Chertoff, et al.</u>, 07-2139; as well as an appellate

brief in <u>Clements v. Gonzalez</u>, 08-5065 (D.C. Cir.); among other things. The undersigned counsel requests an additional two days to file an appropriate reply. The extension is needed so that the undersigned counsel can work with agency counsel further and prepare a response for client and supervisory review prior to filing it with the Court. This is Defendant's first Motion for an Extension of Time to File a Reply in Support of Defendant's Motion for Summary Judgment and Motion to Strike.

For these reasons, the Defendant requests that the Court extend the deadline until June 25, 2008, for Defendant to file a dispositive motion.

Respectfully Submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

/s/
BRANDON L. LOWY
Special Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0364

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARJORIE MURTAGH COOKE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MARK ROSENKER, Chairman, | )   No. 1:06-cv-01928-JDB |
| National Transportation Safety Board, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**ORDER**

Upon consideration of Defendant's Motion for an Extension of Time and the entire record herein, it is this _____ day of _____, 2008,

ORDERED that Defendant's Consent Motion for an Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendant shall have up to, and including, June 25, 2008, to file a reply.

SO ORDERED.

_____
U.S. District Judge