# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARJORIE MURTAGH COOKE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MARK ROSENKER, Chairman, | )   Civil Action No. 06-1928 (JDB) |
| National Transportation Safety Board, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Heather Graham-Oliver as counsel of record for defendant in the above-captioned case and withdraw the appearances of Special Assistant United States Attorneys Brandon L. Lowy and Quan K. Luong.

Respectfully submitted,

/s/
HEATHER GRAHAM-OLIVER
Assistant United States Attorney
555 Fourth Street, N.W.
Room E4808
Washington, D.C. 20530
(202) 305-1334

Dated: August 19, 2008